IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TONYA SMITH, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | |
| ) | Case No. 1:24-cv-608 (PTG/WEF) |
| LOUDOUN COUNTY SCHOOL BOARD, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss. Dkt. 6. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkt. 6) is **GRANTED**; it is further

**ORDERED** that Counts I and II of the Complaint (Violations of the Due Process Clause of the Fourteenth Amendment) are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Count III (Violation of Plaintiff's Due Process Rights under the Constitution of the Commonwealth of Virginia) and Count IV (Breach of Contract) are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Entered this 11th day of July, 2024.
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge